| |[pic] | |
|Chief Justice | |Nueces County Courthouse |
|Rogelio Valdez | |901 Leopard, 10th Floor |
| | |Corpus Christi, Texas |
|Justices | |78401 |
|Nelda V. Rodriguez | |361-888-0416 (Tel) |
|Dori Contreras Garza | |361-888-0794 (Fax) |
|Gina M. Benavides | | |
|Gregory T. Perkes | |Hidalgo County |
|Nora L. Longoria | |Administration Bldg. |
| | |100 E. Cano, 5th Floor |
|Clerk | |Edinburg, Texas 78539 |
|Dorian E. Ramirez | |956-318-2405 (Tel) |
| | |956-318-2403 (Fax) |
| | | |
| | |www.txcourts.gov/13thcoa |
| |Court of Appeals | |
| |Thirteenth District of Texas | |
| | | |

 May 1, 2015

|Hon. Luis V. Saenz |Hon. Christopher G. Gonzalez |
|District Attorney |Assistant District Attorney |
|964 E. Harrison Street |964 E. Harrison - 4th Floor |
|Brownsville, TX 78520 |Brownsville, TX 78520 |
|* DELIVERED VIA E-MAIL * |* DELIVERED VIA E-MAIL * |
| | |
|Hon. Larry Warner |Hon. Alfredo Padilla |
|Attorney at Law |Attorney at Law |
|3109 Banyan Circle |777 East Harrison, Second Floor |
|Harlingen, TX 78550 |Brownsville, TX 78520 |
|* DELIVERED VIA E-MAIL * |* DELIVERED VIA E-MAIL * |
| | |
|Mr. David Winstead | |
|TDCJ# 1853875 | |
|P.O. Box 4400 | |
|Gatesville, TX 76597 | |

Re: Cause No. 13-12-00589-CR
Tr.Ct.No. 2011-DCR-2841-E
Style: DAVID WINSTEAD v. THE STATE OF TEXAS

 Movant’s motion to recall mandate and motion to abate for a
psychiatric evaluation (2 motions in 1) filed by the Honorable Larry Warner
in the above cause were this day DENIED by this Court.

 Very truly yours,
 [pic]
 Dorian E. Ramirez, Clerk

DER:dot

| | |